POPE HARTFORD MOTOR CAR CO. v. WAVERLY CO. (Circuit Court of Appeals, Eighth Circuit. January 19, 1916.) No. 4120. In Error to the District Court of the United States for the Eastern District of Missouri. Writ of error dismissed, with costs, for want of prosecution. John K. Lord, Jr., and F. J. McMaster, both of St. Louis, Mo., for plaintiff in error. Sears Lehmann, of St. Louis, Mo., for defendant in error.

TSIOUSLI v. COYKENDALL, Immigration Inspector. (Circuit Court of Appeals, Eighth Circuit. March 31, 1916.) No. 4682. Appeal from the District Court of the United States for the Western District of Missouri. Appeal docketed and dismissed, without costs to either party in this court, on motion of United States Attorney for appellee and stipulation of parties. A. R. McClanahan, of Kansas City, Mo., for appellant. Francis M. Wilson, U. S. Atty., of Kansas City, Mo., for appellee.

UNITED SHOE MACHINERY CO. et al. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 1, 1916.) No. 4617. Appeal from the District Court of the United States for the Eastern District of Missouri. Upon announcement by government of abandonment of claim to preliminary injunction, the order of District Court granting preliminary injunction (227 Fed. 507) is reversed, without prejudice, etc., and without costs to either party in this court, to which appellants do not consent. C. A. Severance, of St. Paul, Minn., Charles F. Choate, Jr., and Frederick P. Fish, both of Boston, Mass., and Chester H. Krum and Douglas W. Robert, both of St. Louis, Mo., for appellants. C. J. Smyth, Sp. Asst. Atty. Gen., and Arthur L. Oliver, U. S. Atty., of St. Louis, Mo.

VALENTINE et al. v. CITY OF JUNEAU. (Circuit Court of Appeals, Ninth Circuit. May 24, 1916.) No. 2743. Appeal from the District Court of the United States for Division No. 1 of the District of Alaska. J. H. Cobb, of Juneau, Alaska, for appellants. Hellenthal & Hellenthal, of Juneau, Alaska, for appellee. Upon motion of Mr. Simm Hellenthal, counsel for the appellee, ordered appeal dismissed for noncompliance by appellant with rules 23 and 24, 150 Fed. xxxii, xxxiii, 79 C. C. A. xxxii, xxxiii (failure of appellant to print record under rule 23, and to file a printed brief under rule 24), with costs in favor of appellee and against appellant.

END OF CASES IN VOL. 232

*